IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES KYLE WILLIAMS,

Plaintiff,

v.                                    CASE NO. 5:16-cv-3-LC-GRJ

JULIE JONES, et al.,

Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 20, 2016 (ECF No. 4), which recommended that this case be dismissed for abuse of the judicial process. The Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections to the Report and Recommendation. (ECF No. 5.)

Having considered the Report and Recommendation and Plaintiff's objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

The magistrate judge's Report and Recommendation is adopted and

incorporated by reference in this Order.  This case is **DISMISSED without prejudice** for abuse of the judicial process.

**DONE AND ORDERED** this 9th day of February 2016.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**